**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 26-CV-24861-JB**

MOBII SYSTEMS GROUP LIMITED,

     Plaintiff,

v.

LIV GOLF INCORPORATED,

     Defendant.

**<u>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LIV Golf Incorporated ("LIV Golf"), by and through its undersigned counsel, certifies as follows:

1.     LIV Golf is a privately held corporation organized under the laws of the state of Delaware.

2.     No publicly held corporation owns 10% or more of LIV Golf's stock.

3.     LIV Golf's ultimate parent company is the Public Investment Fund (PIF) of the Kingdom of Saudi Arabia.  No publicly held (i.e., publicly traded) corporation owns 10% or more of PIF's stock.

Dated:  August 12, 2026

                                     Respectfully submitted,

                                   */s/ Michael Holecek*
                                   Michael Holecek
                                   Florida Bar No. 1035950
                                   GIBSON, DUNN & CRUTCHER LLP
                                   333 South Grand Avenue
                                   Los Angeles, CA 90071-3197
                                   (213) 229-7000

MHolecek@gibsondunn.com

Brian M. Lutz (*pro hac vice* forthcoming)
Colin B. Davis (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California 94111
(415) 393-8200

*Counsel for Defendant LIV Golf Incorporated*

2