**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MOBII SYSTEMS GROUP LIMITED,

Plaintiff,

v. Case No.: 1:26cv24861

LIV GOLF INCORPORATED,

Defendant.

_______________________________________/

**PLAINTIFF, MOBII SYSTEMS GROUP LIMITED'S**
**<u>CERTIFICATE OF INTERESTED PERSONS</u>**

Pursuant to the Court's Order Regarding Procedures (Doc. 6), Plaintiff, MOBII SYSTEMS GROUP LIMITED ("Plaintiff"), identifies the following persons, associated persons, firms, partnerships or corporations that have a financial interested in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities as follows:

1. Mobii Systems Group Limited, Plaintiff
2. Greg Shultz, Chief Executive Officer for Plaintiff
3. Roderick Barrett, Chief Operating Officer for Plaintiff
4. MCore Investments (Pty) LTD, parent company of Plaintiff
5. Blue Label Ventures, minor shareholder of Plaintiff
6. Blue Label Unlimited, parent company of Blue Label Ventures

7. Jones Walker LLP, US Counsel for Plaintiff

8. Luis Llamas, Attorney for Plaintiff, with Jones Walker LLP

9. Marc Dunbar, Attorney for Plaintiff, with Jones Walker LLP

10. Jeremy Branning, Attorney for Plaintiff, with Jones Walker LLP

11. Jacob Barnes, Attorney for Plaintiff, with Jones Walker LLP

12. Segev LLP, CA counsel for Plaintiff

13. Ron Segev, Attorney for Plaintiff, with Segev LLP

14. Saeid Shakibakho, Attorney for Plaintiff, with Segev LLP

15. Vic S. Maan, Attorney for Plaintiff, with Segev LLP

16. Walker Morris LLP, UK Counsel for Plaintiff

17. Sean Gallagher, Attorney for Plaintiff, with Walker Morris LLP

18. Lynsey Oakdene, Attorney for Plaintiff, with Walker Morris LLP

19. Ben Brown, Attorney for Plaintiff, with Walker Morris LLP

20. Nick McQueen, Attorney for Plaintiff, with Walker Morris LLP

21. LIV Golf Incorporated, Defendant

22. LIV Golf Events LTD, entity related to Defendant

23. LIV Golf Holdings, entity related to Defendant

24. LIV Golf LTD, entity related to Defendant

25. Public Investment Fund of the Kingdom of Saudi Arabia, parent company of Defendant

26. Scott O'Neil, Chief Executive Officer for Defendant and/or related entities to Defendant

27. David Phillipps, Chief Financial Officer for Defendant and/or entities related to Defendant

28. Chris Heck, President of Business Operations for Defendant and/or entities related to Defendant

29. Nick Connor, Senior Vice President of LIV Golf, Incorporated

30. Kristin Xippolitos, Vice President of Broadcast Operations for Defendant and/or entities related to Defendant

31. Matt Saunders, Former Senior Vice President of Direct to Consumer for Defendant and/or entities related to Defendant

32. Denise Taylor, Former Chief Product & Technology Officer for Defendant and/or entities related to Defendant

33. Louise Savage, General Counsel for Defendant and/or entities related to Defendant

34. Gibson Dunn, & Crutcher LLP, Counsel for Defendant and/or entities related to Defendant

35. Michael Holecek, Attorney for Defendant and/or entities related to Defendant, with Gibson Dunn, & Crutcher LLP

36. Brian M. Lutz, Attorney for Defendant and/or entities related to Defendant, with Gibson Dunn, & Crutcher LLP

37. Colin B. Davis, Attorney for Defendant and/or entities related to Defendant, with Gibson Dunn, & Crutcher LLP

38. Christopher Howard, Attorney for Defendant and/or entities related to Defendant, with Gibson Dunn, & Crutcher LLP

39. Jonathan Cockfield, Attorney for Defendant and/or entities related to Defendant, with Gibson Dunn, & Crutcher LLP

40. Philip Rocher, Attorney for Defendant and/or entities related to Defendant, with Gibson Dunn, & Crutcher LLP

*[Signature on following page]*

*/s/ Jeremy C. Branning*
**JEREMY C. BRANNING**
Florida bar No.: 507016
**JAKE BARNES**
Florida bar No.: 1032604
JONES WALKER
13 Palafox Place, Suite 200
Pensacola, FL 32502
P/E: jbranning@joneswalker.com
P/E: jacobbarnes@joneswalker.com
S/E: pimperial@joneswalker.com
S/E: jdallman@joneswalker.com

**-and-**

**LUIS LLAMAS**
Florida bar No.: 89822
JONES WALKER
201 Biscayne Boulevard, Suite 3000
Miami, FL 33131
P/E: llamas@joneswalker.com

***Attorneys for Plaintiff, Mobii Systems Group Limited***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically to all counsel of record via electronic mail this 27th day of August, 2026.

*/s/ Jeremy C. Branning*
**JEREMY C. BRANNING**