# EXHIBIT 1

**2026 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F21000007056

**FILED**
**May 01, 2026**
**Secretary of State**

**7777655393CC**

**Entity Name:** LIV GOLF INCORPORATED

**Current Principal Place of Business:**

600 BRICKELL AVENUE
SUITE 1755
MIAMI, FL 33131

**Current Mailing Address:**

600 BRICKELL AVE
SUITE 1755
MIAMI, FL 33131 US

**FEI Number: 87-2267512**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATE CREATIONS NETWORK, INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | D | Title | D |
| Name | ALONSO, TOMAS | Name | AGUASVIVAS, SCARLETT |
| Address | 600 BRICKELL AVENUE<br>SUITE 1755 | Address | 600 BRICKELL AVENUE<br>SUITE 1755 |
| City-State-Zip: | MIAMI FL 33131 | City-State-Zip: | MIAMI FL 33131 |
| Title | D | Title | MR. |
| Name | MOORE, JED DANIEL | Name | AL SOROUR, MAJED MOHAMED |
| Address | 600 BRICKELL AVENUE<br>SUITE 1755 | Address | 600 BRICKELL AVENUE<br>SUITE 1755 |
| City-State-Zip: | MIAMI FL 33131 | City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCARLETT AGUASVIVAS — DIRECTOR — 05/01/2026

Electronic Signature of Signing Officer/Director Detail — Date