# EXHIBIT 3

mobii
SYSTEMS GROUP

# INVOICE REMINDER

LIV Golf Incorporated
Attention: Matt Saunders
50 Hudson Yards
515 West 33rd Street
suite 65B
NEW YORK NEW YORK 10001
UNITED STATES OF AMERICA

**Invoice Date**
28 Feb 2026

**Invoice Number**
INV-0091

**Reference**
Mobii - LIV Golf Supply of Goods and Services

Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| ShotVu Application License - 2026 | 1.00 | 54,000.00 | 54,000.00 |
| TeamVu Application License - 2026 | 1.00 | 28,000.00 | 28,000.00 |
| Clip Replay Generator License - 2026 | 1.00 | 204,000.00 | 204,000.00 |
| KlipVu Application License - 2026 | 1.00 | 295,000.00 | 295,000.00 |
| Kode License - 2026 | 1.00 | 165,000.00 | 165,000.00 |
| Support Service - ShotVu 2026 | 1.00 | 5,400.00 | 5,400.00 |
| Support Service - TeamVu 2026 | 1.00 | 2,800.00 | 2,800.00 |
| Support Service - Clip Replay Generator 2026 | 1.00 | 20,400.00 | 20,400.00 |
| Support Service - KlipVu 2026 | 1.00 | 29,500.00 | 29,500.00 |
| Support Service - Kode 2026 | 1.00 | 16,500.00 | 16,500.00 |
| | | Subtotal | 820,600.00 |
| | | **TOTAL USD** | **820,600.00** |

## Due Date: 9 Mar 2026

Payment Terms: Net 0

Banking Details:

Mobii Systems Group Limited
Royal Bank of Canada (RBC)
Transit & Account Number: 00002 4041182 (USD)
Bank Number: 003
SWIFT: ROYCCAT2
BANK ADDRESS: 200 Bay St, Toronto, ON, M5J 2J5

Intermediary Bank Information (For Wires originating from United States):
Bank Name: JP Morgan Chase
Bank Address: 4 New York Plaza, New York NY, 10004
SWIFT Code: CHASUS33
ABA Routing Number: 021000021

# PAYMENT ADVICE

To: Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| | |
|---|---|
| **Customer** | LIV Golf Incorporated |
| **Invoice Number** | INV-0091 |
| **Amount Due** | **820,600.00** |
| **Due Date** | 9 Mar 2026 |
| **Amount Enclosed** | |

Enter the amount you are paying above