# EXHIBIT 4

SYSTEMS GROUP

# INVOICE REMINDER

LIV Golf Incorporated
Attention: Matt Saunders
50 Hudson Yards
515 West 33rd Street
suite 65B
NEW YORK NEW YORK 10001
UNITED STATES OF AMERICA

**Invoice Date**
1 Mar 2026

**Invoice Number**
INV-0100

**Reference**
Microblock Consumption - Simulation FEB2026

Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| MicroBlock Consumption - Simulation 12 Feb2026 | 6849.00 | 0.47 | 3,219.03 |
| Pre Event Operations | 1.00 | 600.00 | 600.00 |
| Simulation Day Operations | 1.00 | 3,600.00 | 3,600.00 |
| | | Subtotal | 7,419.03 |
| | | **TOTAL USD** | **7,419.03** |

## Due Date: 30 Mar 2026
Payment Terms: Net 0

Banking Details:

Mobii Systems Group Limited
Royal Bank of Canada (RBC)
Transit & Account Number: 00002 4041182 (USD)
Bank Number: 003
SWIFT: ROYCCAT2
BANK ADDRESS: 200 Bay St, Toronto, ON, M5J 2J5

Intermediary Bank Information (For Wires originating from United States):
Bank Name: JP Morgan Chase
Bank Address: 4 New York Plaza, New York NY, 10004
SWIFT Code: CHASUS33
ABA Routing Number: 021000021

# PAYMENT ADVICE

To: Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| | |
|---|---|
| **Customer** | LIV Golf Incorporated |
| **Invoice Number** | INV-0100 |
| **Amount Due** | **7,419.03** |
| **Due Date** | 30 Mar 2026 |
| **Amount Enclosed** | |

Enter the amount you are paying above