# EXHIBIT 5

MOBII SYSTEMS GROUP

# INVOICE

LIV Golf Incorporated
Attention: Matt Saunders
50 Hudson Yards
515 West 33rd Street
suite 65B
NEW YORK NEW YORK 10001
UNITED STATES OF AMERICA

**Invoice Date**
30 Apr 2026

**Invoice Number**
INV-0105

**Reference**
Microblock Consumption - Simulation March/April2026

Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| MicroBlock Consumption - Simulation 13 April 2026 - Path2Air | 6834.77 | 0.47 | 3,212.34 |
| Pre Event Operations | 1.00 | 600.00 | 600.00 |
| Simulation Day Operations | 1.00 | 3,600.00 | 3,600.00 |
| | | Subtotal | 7,412.34 |
| | | **TOTAL USD** | **7,412.34** |

## Due Date: 30 Apr 2026

Payment Terms: Net 0

Banking Details:

Mobii Systems Group Limited
Royal Bank of Canada (RBC)
Transit & Account Number: 00002 4041182 (USD)
Bank Number: 003
SWIFT: ROYCCAT2
BANK ADDRESS: 200 Bay St, Toronto, ON, M5J 2J5

Intermediary Bank Information (For Wires originating from United States):
Bank Name: JP Morgan Chase
Bank Address: 4 New York Plaza, New York NY, 10004
SWIFT Code: CHASUS33
ABA Routing Number: 021000021

# PAYMENT ADVICE

To: Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| | |
|---|---|
| Customer | LIV Golf Incorporated |
| Invoice Number | INV-0105 |
| Amount Due | 7,412.34 |
| Due Date | 30 Apr 2026 |
| Amount Enclosed | |

Enter the amount you are paying above