# EXHIBIT 6

mobii SYSTEMS GROUP

# INVOICE

LIV Golf Incorporated
Attention: Matt Saunders
50 Hudson Yards
515 West 33rd Street
suite 65B
NEW YORK NEW YORK 10001
UNITED STATES OF AMERICA

**Invoice Date**
5 May 2026

**Invoice Number**
INV-0107

**Reference**
Legacy Shot Call Back API

Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| Shot Call Back API (Pro Rata 11 of 14 events) | 1.00 | 51,071.43 | 51,071.43 |
| | | Subtotal | 51,071.43 |
| | | **TOTAL USD** | **51,071.43** |

## Due Date: 30 May 2026

Payment Terms: Net 0

Banking Details:

Mobii Systems Group Limited
Royal Bank of Canada (RBC)
Transit & Account Number: 00002 4041182 (USD)
Bank Number: 003
SWIFT: ROYCCAT2
BANK ADDRESS: 200 Bay St, Toronto, ON, M5J 2J5

Intermediary Bank Information (For Wires originating from United States):
Bank Name: JP Morgan Chase
Bank Address: 4 New York Plaza, New York NY, 10004
SWIFT Code: CHASUS33
ABA Routing Number: 021000021

# PAYMENT ADVICE

To: Mobii Systems Group Limited
Attention: Greg Schultz
1540 Cornwall Road
Unit 211
OAKVILLE ON L6J 7W5
CANADA

| | |
|---|---|
| Customer | LIV Golf Incorporated |
| Invoice Number | INV-0107 |
| Amount Due | 51,071.43 |
| Due Date | 30 May 2026 |
| Amount Enclosed | |

Enter the amount you are paying above