# EXHIBIT 11

**From:** Nick Connor <nick.connor@livgolf.com>
**Date:** Monday, May 25, 2026 at 8:52 AM
**To:** Greg Schultz <greg@mobii.com>; Scott O'Neil <scotto@livgolf.com>; Chris Heck <chris.heck@livgolf.com>; David Phillipps <david.phillipps@livgolf.com>
**Cc:** Andrew Lim <andrew.lim@livgolf.com>; Kristin Xippolitos <kristin.xippolitos@livgolf.com>
**Subject:** RE: Mobii / LIV Golf - Outstanding Receivables and Request for Executive Engagement

Dear Greg,

We appreciate your note. As we work through what the next chapter of LIV Golf will look like, we are evaluating our business model, our partnerships, and our cost structure. As part of that process, we are writing to notify you that we will not be moving forward with Mobii in Korea or at subsequent events.

Please know that this decision is not reflective of the quality of work or services provided, and we are truly grateful for your partnership over the last several years. We recognize that delays in payment have caused strain in our relationship, and we understand this is a frustrating time.

While we understand your frustration, our view is that litigating outstanding invoices will not be a productive use of either of our time and resources. Your understanding during this time is sincerely appreciated.

Regards

Nick

Nick Connor
**SVP, Technology**
Technology
nick.connor@livgolf.com
+44 7353 960 308




LIV Golf Ltd is a limited company registered in England and Wales with registered number 13473438. Our registered office is at c/o Zedra, Booths Hall, Booths Park, 3 Chelford Road, Knutsford, England WA16 8GS.

This message is intended solely for the addressee and may contain confidential information. If you have received this message in error, please send it back to us, and immediately and permanently delete it. Do not use, copy or disclose the information contained in this message or in any attachment. Although LIV Golf Ltd has taken reasonable precautions to ensure no viruses are present in this email, LIV Golf Ltd cannot accept responsibility for any loss or damage sustained as a result of computer viruses and the recipient must ensure that the email (and attachments) are virus free. For information about how we process data and monitor communications please see our Privacy policy and for terms of use please see our Terms of Use policy.

---

**From:** Greg Schultz <greg@mobii.com>
**Sent:** 21 May 2026 16:03
**To:** Scott O'Neil <scotto@livgolf.com>; Chris Heck <chris.heck@livgolf.com>; David Phillipps <david.phillipps@livgolf.com>; Nick Connor <nick.connor@livgolf.com>
**Cc:** Andrew Lim <andrew.lim@livgolf.com>; Kristin Xippolitos <kristin.xippolitos@livgolf.com>
**Subject:** Mobii / LIV Golf - Outstanding Receivables and Request for Executive Engagement
**Importance:** High

Scott, Chris, David, Nick,

I am writing to you directly, outside the legal channel, because we are at a point where decisions are about to be made that I believe both of our businesses would prefer to avoid.

As of today, Mobii holds 16 unpaid invoices from LIV Golf totalling USD 1,112,472.21. USD 886,502.80 is owed by LIV Golf Incorporated across 4 invoices and USD 225,969.41 is owed by LIV Golf Events Ltd across 12 invoices. The largest single invoice, INV-0091 for USD 820,600.00 covering the 2026 annual application licences, technology that has been live and operational across LIV Golf events, is now more than 70 days past due. No dispute has been raised against any invoice. No service-level complaint has been issued. Mobii has continued to perform in full, including delivering the Virginia event last week.

What makes the present position particularly difficult is a pattern of commitments from senior personnel inside LIV Golf that have not been honoured by the Accounts Payable team. The pattern goes back to March and has continued unbroken through to this week.

On March 18th Matt Saunders confirmed to me that he had pushed Finance to move quickly on the outstanding invoices then in flight and confirmed the correct invoicing inbox for processing. On April 13th, via Slack, Andrew Lim confirmed that he and Denise Taylor had approved outstanding invoices, and again on April 23rd confirmed with AP that Mobii was on the payment list, On 30 April Kristin Xippolitos confirmed that Mobii would be added to the list of urgent payments. On 1 May Nick Connor confirmed by LinkedIn that he had met with Finance the previous day and that our bills had been marked as urgent and placed on the next payment run. On a call with Mobii on Friday 15 May, Nick advised that we should expect to receive USD 180,000 in payments imminently, a figure he confirmed had been agreed with LIV Golf's Accounts Payable team.

The only payment received against any of these six commitments is USD 50,989.92 against INV-0083. That represents approximately 28% of what Nick committed to last Friday, and less than 5% of the wider outstanding balance. We acknowledge and appreciate the partial payment but there has been no explanation for the gap between six separate senior-level commitments over two months and the actual position on our ledger, or the absence of any further communication from LIV Golf this week despite my follow-up messages to Nick and to Andrew Lim.

On 8 May our counsel served a formal payment demand and a Clause 19.1 Event of Default notice on both LIV entities. The cure period under that notice expired on 15 May. As of that date, the Event of Default has crystallised under the Agreement and Mobii's right to terminate is engaged and is reserved in full at the present time. Other than the USD 50,989.92 against INV-0083, no payment has been received and no substantive response has been provided by LIV Golf's legal function during or since the cure period.

We are receiving advice on formal next steps, including action in the English courts and termination of the Supply of Goods and Services Agreement and our rights in this regard are also fully reserved. I have not yet authorised those steps because we would far rather find a commercial path forward.

For context, and because the breadth of Mobii's deployment may not be visible from any single function within LIV Golf, and without limitation, the below is a summary of primary Mobii's services presently delivered:

- Onsite, Mobii captures and synchronizes all Tee Box and EVS Hole Cut ISO feeds for the LIV Golf Media Team, supports Clean and Dirty Program feed ingest, and operates TeamVu in Team Hospitality areas.
- In the cloud, Mobii's Dynamic Cloud Mixer produces the Clean and Dirty Group and Team feeds from the ingested live video and data inputs using automatic switching. These feeds are the primary live content output of LIV Golf events and are distributed to LIV's web and mobile applications, to the international broadcast partners (DAZN, TNT Sports / Warner Bros. Discovery, Sky Sports Germany, Fox Sports), and to WSC for social media operations.
- Mobii also operates the dedicated GCP Video Storage Archive that ingests and time-synchronises all onsite content for VOD use, delivers the Warm-Up / Cool Down / Trophy Presentation feeds to ViewLift, and provides the API integration that powers Shot Call-Back in the LIV Golf mobile and web applications.
- Mobii's playback tools are used by Bert and the LIV Golf data team, players and teams for live scoring verification, by Bolt6 for shot-tracking verification, and by Champion Data to update and correct SMT scoring data for live broadcast graphics.

This is a deeply integrated deployment built up over two seasons that touches the operational workings of LIV Golf, that requires Mobii's services. That is part of why we are reaching out at executive level before authorising the formal steps our counsel are recommending.

The South Korea event commences on 28 May. Mobii is operationally ready to continue its performance as it has done. We raise this to point to the urgency of the matter that requires your prompt attention.

I am asking for the following by close of business on Friday 22 May (ET):

1. Direct executive-level engagement from LIV Golf on this matter, by phone or in person.
2. A defined and dated payment commitment for the outstanding USD 1,112,472.21, in writing, signed at executive level.
3. Confirmation of LIV Golf's position on continued performance during the balance of the 2026 season.

If a defined path forward is agreed within that window, we will hold the recommended legal and operational steps but must reserve all of our rights, including to terminate and recover all of our losses, in the interim. If we do not receive substantive engagement by Friday's close of business, I will have no option but to instruct counsel to proceed on Monday.

I would strongly prefer the first outcome. I am available at any time between now and Friday's close of business to take a call.

Best Regards,

Greg Schultz
Chief Executive Officer
greg@mobii.com
Book time with Greg Schultz

mobii

*The future belongs to those who build it before others can imagine it*