# EXHIBIT 12

mobii SYSTEMS GROUP

MOBII SYSTEMS GROUP LIMITED
Unit 211, 1540 Cornwall Road,
Oakville, ON, L6J 7W5, Canada
+1 905-842-1343
contact@mobii.com | mobii.com

25 May 2026

**BY EMAIL ONLY**

LIV Golf Incorporated
222 Lakeview Avenue
West Palm Beach
Florida 33401
United States of America

Dear LIV Golf Incorporated,

**Acceptance of Repudiatory Breach ending Supply of Goods and Services Agreement dated 24 January 2025 between Mobii Systems Group Limited, LIV Golf Incorporated and LIV Golf Limited (the "Agreement") and alternative termination for default**

We refer to an email sent 25 May 2026 by Mr. Nick Connor, SVP, Technology of LIV Golf sent to Mr. Greg Schultz, Chief Executive Officer of Mobii.

**Primary position: acceptance of repudiatory breach**

In that email Mr. Connor confirmed that LIV Golf were writing to notify Mobii that LIV Golf that they would not be moving forward with Mobii in Korea or at subsequent events i.e. that they would not be moving forward with the Agreement.

The above communication evinces a clear intention by LIV Golf not to be bound by the terms of the Agreement which contain no provision permitting it to notify not to continue with the Agreement in the manner communicated. Mobii therefore hereby accepts LIV Golf's repudiatory breach and termination of the Agreement.

Mobii is liaising with its Counsel and will be in communication again shortly regarding the losses it is entitled to recover flowing from LIV Golf's breaches and unlawful termination of the Agreement.

**Alternative position: termination for default**

If for any reason the above acceptance is in any way ineffective and/or invalid, Mobii's alternative position is that it is entitled to terminate for an uncured Event of Default pursuant to the terms of the Agreement in any event.

As at the date of this letter, Mobii has sent 16 invoices totalling $1,112,472.21 to the LIV Golf Parties which remain unpaid. Four invoices totalling $886,502.80 have been issued to LIV Golf Inc and 12 invoices totalling $225,969.41 have been issued to LIV Golf Events Ltd (the **Outstanding Invoices**). Pursuant to your emails dated 1 April 2025 and 7 May 2025, invoices to LIV Golf Ltd were issued to LIV Golf Events Ltd.

mobii
SYSTEMS GROUP

MOBII SYSTEMS GROUP LIMITED
Unit 211, 1540 Cornwall Road,
Oakville, ON, L6J 7W5, Canada
+1 905-842-1343
contact@mobii.com | mobii.com

On 8 May 2026, Mobii provided notice to you confirming that you had committed an Event of Default (the **Event of Default Notice**). The Event of Default Notice required payment of the Outstanding Invoices within 7 days, namely by 15 May 2026. You failed to make payment of the Outstanding Invoices by that date. As such, the Event of Default crystallised on 15 May 2026.

Accordingly, pursuant to clause 19.1 of the Agreement, should acceptance of repudiation as set out above not be effective, Mobii alternatively terminates the Agreement with immediate effect. Any clauses in the Agreement intended to survive termination will continue to apply.