**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-24861-JB**

MOBII SYSTEMS GROUP LIMITED,

Plaintiff,

v.

LIV GOLF INCORPORATED,

Defendant.
_______________________________________/

**ORDER STAYING CASE**

**THIS CAUSE** comes before the Court on Defendant's Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings (the "Suggestion"). ECF No. [20]. According to the Suggestion, Defendant filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, Case No. 26-20189.

The filing of a petition for bankruptcy "operates as a stay . . . of . . . the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code]." 11 U.S.C. § 362(a)(1); *accord Ellison v. Nw. Eng'g Co.*, 707 F.2d 1310, 1311 (11th Cir. 1983). Accordingly, it is **ORDERED AND ADJUDGED** that this case is **STAYED**. The Clerk shall **ADMINISTRATIVELY CLOSE** this case, and any pending motions are **DENIED**

as moot. The case shall be restored to the active docket upon Court order following motion of a party.

**DONE AND ORDERED** in Miami, Florida, this 10th day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**